1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.L.M. By and Through her Guardians Ad Litem JOSEPH ERSKINE and SARA RILEY ERSKINE,<br><br>Plaintiff,<br><br>v.<br><br>GROSSMONT UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No.:  21-CV-456 W (MDD)<br><br>**ORDER GRANTING APPLICATION TO APPOINT GUARDIAN AD LITEM [DOC. 2]** |

Pending before the Court is an application by Joseph Erskine and Sara Riley Erskine for an order appointing them guardians ad litem for Plaintiff M.L.M.  [Doc. 2.] The Court decides the matter on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).

"A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem.  The court must appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).  This rule "requires a court to take whatever measures it deems proper to protect an incompetent person during litigation." United States v. 30.64 Acres of Land, More or

Less, Situated in Klickitat Cty., State of Wash., 795 F.2d 796, 805 (9th Cir. 1986). "[T]he appointment of a guardian ad litem is more than a mere formalism. A guardian ad litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." Id. The question of whether to appoint a guardian ad litem is committed to the district court's sound discretion. Id.

The Application represents that: (1) M.L.M. is a minor who lives with legal guardians, Joseph and Sara Riley Erskine; (2) no previous application for the appointment of a guardian ad litem has been made in this matter; (3) Joseph Erskine and Sara Riley Erskine are qualified to serve as guardian ad litem for M.L.M. and represent that they have no interests adverse to her. (*Application* [Doc. 2].)

Given the foregoing findings of fact, the petition to appoint M.L.M.'s guardian ad litem is **GRANTED**.

Joseph Erskine and Sara Riley Erskine are hereby appointed as guardians ad litem for M.L.M. for the purpose of prosecuting this action on M.L.M.'s behalf.

**IT IS SO ORDERED.**

Dated: March 22, 2021

_____
Hon. Thomas J. Whelan
United States District Judge